JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GALLEGOS,<br><br>　　　　　Plaintiff(s),<br><br>　　　V.<br><br>PROGRESSIVE MANAGEMENT SYSTEM, INC.,<br><br>　　　　　Defendant(s). | CASE NO.  **SACV 13-0826-DOC(PJWx)**<br><br>ORDER DISMISSING CIVIL ACTION |

　　　The Court having been advised by counsel for the parties that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown by **May 5, 2014**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:  March 19, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_David O. Carter_
　　　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge